ALBANY,
March, 1835.

Conkling
v.
Bloodgood.

---

CONKLING and HERRING *vs.* BLOODGOOD & DE WITT.

*Attorneys'* and *counsel-fee* prepared for trial, are not taxable where a cause is settled after notice of trial and previous to the circuit.

*Attorneys'* and *counsel-fee,* on motion in each cause, are proper items of tax- ation where a number of causes are embraced in the same notice, although but one set of papers can be charged.

ON a motion for re-taxation of costs in this cause, the CHIEF JUSTICE ruled, that where a cause is settled after notice of trial, and previous to the circuit, charges for an *attorney's fee* and *counsel-fee,* prepared for trial, are not taxable. He also decided that where a motion is made in a number of causes embraced in the same notice and papers, although but one set of papers can be charged, an *attorney's fee* and *counsel-fee* on motion in each cause, are proper items of taxation.